# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | Case No. 18-16771-elf |
| ) | |
| Andrew I. Kossman ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |

## CREDITOR REQUEST FOR NOTICES

NOW COMES Cadles of West Virginia LLC and requests to be placed on the mailing matrix of this case. The address is as follows:

    Cadles of West Virginia LLC
    Attention: 0A350217
    100 North Center Street
    Newton Falls, OH  44444

This request is to receive all notices and mailings from the Clerk of this Court in this case.

    Respectfully submitted,

    Cadles of West Virginia LLC
    By:  The Cadle Company, Servicer

Date:  December 10, 2018    By: /s/ Tom Olesky
    Tom Olesky, Account Officer
    100 North Center Street
    Newton Falls, OH  44444
    Phone: 330-872-0918, Ext. 3298
    tom.olesky@cadleco.com

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | Case No. 18-16771-elf |
| ) | |
| Andrew I. Kossman ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Creditor Request for Notices was deposited in the United States mail, first class, postage prepaid, on December 10, 2018, unless notified electronically via the Notice of Filing, addressed to the following:

William C. Miller, Trustee
P. O. Box 1229
Philadelphia, PA  19105

John M. Kenney, Esq.
John M. Kenney P.C.
308 North Oxford Valley Road
Fairless Hills, PA 19030

/s/ *Kathleen J. Bryner*
Kathleen J. Bryner, Bankruptcy Secretary