# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrew I. Kossman<br>       Debtor<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust, its successors and/or assigns<br>       Movant<br>  vs.<br><br>Andrew I. Kossman<br>       Respondents | CHAPTER 13<br><br><br><br><br><br>NO. 18-16771 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust, which was filed with the Court on or about January 30, 2019 (Document No. 23).

                Respectfully submitted,

                **/s/ Kevin G. McDonald, Esquire**
                Kevin G. McDonald, Esquire
                Attorney for Movant
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322

March 4, 2019