*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Andrew I. Kossman
    Debtor(s)

Case No: 18–16771–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust,

    on: 10/15/19

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/2/19

Timothy B. McGrath
Clerk of Court

64 – 63
Form 167