IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Andrew I. Kossman<br>　　　　　　Debtor | : Case No. 18-16771-ELF<br>: Chapter 13<br>: |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust<br>　　　　　　Movant<br>v.<br>Andrew I. Kossman<br>　　　　　　Debtor<br>and<br>William C. Miller, Esq.<br>　　　　　　Trustee | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## PRAECIPE

Kindly withdraw the Objection to Certification of Default filed on September 30, 2019 in the above-referenced matter.

Date: October 14, 2019                         s/ John M. Kenney, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　John M. Kenney, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　　308 N. Oxford Valley Road
　　　　　　　　　　　　　　　　　　　　　　　　Fairless Hills, PA 19030
　　　　　　　　　　　　　　　　　　　　　　　　(215) 547-3031