# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Andrew I. Kossman
                            Debtor(s)

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
                            v.
Andrew I. Kossman
                           and
William C. Miller Esq.
                           Trustee

Chapter 13

NO. 18-16771 ELF

## ORDER

AND NOW, this 15th day of October, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on May 17, 2019 it is **ORDERED** that:

the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6360 Congress Ct Bensalem, Pa 19020.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**