United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16771-elf
Andrew I. Kossman                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: Oct 15, 2019
                             Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db              +Andrew I. Kossman,    6360 Congress Court,    Bensalem, PA 19020-1905
14379479        +Wilmington Savings Fund Society, FSB, ET AL.,    c/o RUSHMORE LOAN MANAGEMENT SERVICES,
                 P.O. Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Oct 16 2019 04:13:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2019 04:12:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 16 2019 04:13:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: gocadle@cadleco.com Oct 16 2019 04:13:07     Cadles of West Virginia LLC,
                 100 North Center Street,    Newton Falls, OH 44444-1321
                                                                                        TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
        JOHN M. KENNEY    on behalf of Debtor Andrew I. Kossman jken330@comcast.net,  Kathy@jkenneylaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
         bkgroup@kmllawgroup.com
        LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Andrew I. Kossman

                         Debtor(s)

Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust, not individually but as Trustee
for Pretium Mortgage Acquisition Trust
                         v.
Andrew I. Kossman
                       and
William C. Miller Esq.
                         Trustee

Chapter 13

NO. 18-16771 ELF

**ORDER**

      AND NOW, this 15th day of October , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on May 17, 2019 it is **ORDERED** that:

      the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6360 Congress Ct Bensalem, Pa 19020.

      The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**