# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-16771-ELF

ANDREW I KOSSMAN

6360 CONGRESS COURT

BENSALEM, PA 19020

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ANDREW I KOSSMAN

  6360 CONGRESS COURT

  BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

  JOHN M KENNEY
  308 N OXFORD VALLEY RD

  FAIRLESS HILLS, PA 19030-

Date: 11/15/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee