# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    ANDREW I. KOSSMAN

          Debtor

: Chapter 13
:
: Case No: 18-16771-elf
:

## PRAECIPE TO CONVERT CHAPTER 13 TO A CHAPTER 7 CASE

TO THE CLERK:

Kindly convert the above referenced Chapter 13 case to a Chapter 7 case.

Date: November 20, 2019

/s/ John M. Kenney\
John M. Kenney, Esquire\
308 N. Oxford Valley Road\
Fairless Hills, PA 19030\
(215) 547-3031\
Attorney for Debtor