UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

November 25, 2019

To:
John M. Kenney, Esq.

        In re: **Andrew I. Kossman**
        Bankruptcy No. **18-16771 elf**
        Adversary No.
        Chapter 13

    Re  #78  Praecipe to Convert Case From Chapter 13 to Chapter 7 Fee Amount $25.00

The above document(s) were filed in this office on 11/20/2019. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

       ( )    Voluntary Petition
       ( )    Adversary Proceeding
       ( )    $31.00 Filing Fee for Amendments
       ( )    $25.00 Claims Transfer Fee
      ( XX)   Conversion Fee $25.00

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                Timothy B. McGrath
                Clerk

                By:**Y. Woods**
                   Deputy Clerk

*Fee Notice*
*(11/26/18)*