**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| **ANDREW I. KOSSMAN,** | : | |
| **Debtor** | : | **Bky. No.  18-16771 ELF** |

# O R D E R

    **AND NOW,**  the Debtor having filed a Praecipe to Convert Chapter 13 Case to Chapter 7,

    **AND**, the rules of court requiring that conversion from chapter 13 to chapter 7 pursuant to 11 U.S.C. §1307(a) be effected by filing a notice of conversion, see Fed. R. Bankr. P. 1017(f)(3),

    It is hereby **ORDERED** that the Praecipe shall be treated as a Notice of Conversion.

**Date: November 25, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**