```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania

In re:                                                         Case No. 18-16771-elf
Andrew I. Kossman                                              Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: YvetteWD            Page 1 of 2            Date Rcvd: Nov 27, 2019
                              Form ID: pdf900           Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
db             +Andrew I. Kossman,    6360 Congress Court,    Bensalem, PA 19020-1905
14211741        Ars Account Resolution,    PO Box 459079,    Sunrise, FL 33345-9079
14211744        Health Network Laboratories,    PO Box 8500, Lockbox #9581,    Philadelphia, PA 19178-8500
14211745        Holy Redeemer Hospital,    PO Box 781728,    Philadelphia, PA 19178-1728
14211746        Mid Atlantic Retina Practice,    PO Box 972,    Bryn Mawr, PA 19010-0972
14211749       +Phelan Hallinan Diamond & Jones LLP,    1617 JFK Boulevard Suite 1400,
                 Philadelphia, PA 19103-1814
14244969       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14224127       +Rushmore Loan Management Services,    c/o Rebecca A Solarz, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14211751       +Servco FCU,    648 W. Street Rd,    Feasterville Trevose, PA 19053-5963
14211752        St. Mary Medical Center,    PO Box 822679,    Philadelphia, PA 19182-2679
14211753       +Suburban Ortho Specialists,    283 2nd Street Pike, Suite 120,    Southampton, PA 18966-3823
14211754       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14379479       +Wilmington Savings Fund Society, FSB, ET AL.,    c/o RUSHMORE LOAN MANAGEMENT SERVICES,
                 P.O. Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 28 2019 02:48:35     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2019 02:48:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 28 2019 02:48:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14236245        E-mail/Text: ebn@21stmortgage.com Nov 28 2019 02:48:28     21st Mortgage Corp,   P.O. Box 477,
                 Knoxville, TN 37901
14211740        E-mail/Text: ebn@21stmortgage.com Nov 28 2019 02:48:28     21st Mortgage Corp,
                 620 Market St One Cntr Square,    Knoxville, TN 37902
14211742       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 28 2019 02:48:51     Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
14243775       +E-mail/Text: gocadle@cadleco.com Nov 28 2019 02:48:34     Cadles of West Virginia LLC,
                 100 North Center Street,    Newton Falls, OH 44444-1321
14244225       +E-mail/Text: gocadle@cadleco.com Nov 28 2019 02:48:34     Cadles of West Virigina LLC,
                 Attention: 0A350217,    100 North Center Street,    Newton Falls, OH 44444-1321
14211743        E-mail/Text: clientrep@capitalcollects.com Nov 28 2019 02:48:50     Capital Collection Services,
                 PO Box 150,    West Berlin, NJ 08091-0150
14211747       +Fax: 407-737-5634 Nov 28 2019 02:56:51     Ocwen Loan Servicing L,
                 1661 Worthington Road Suite 100,    West Palm Beach, FL 33409-6493
14248713        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2019 02:56:16
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14211748       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 28 2019 02:48:12     Peco Energy Co,
                 PO Box 13439,    Philadelphia, PA 19101-3439
14211750       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2019 02:56:16
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14211755       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 28 2019 02:47:11
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Cadles of West Virginia LLC,    100 North Center Street,    Newton Falls, OH 44444-1321
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Nov 27, 2019
                              Form ID: pdf900             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              JOHN M. KENNEY    on behalf of Debtor Andrew I. Kossman jken330@comcast.net,  Kathy@jkenneylaw.com
              JOHN M. KENNEY    on behalf of Plaintiff Andrew I. Kossman jken330@comcast.net,
               Kathy@jkenneylaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ANDREW I. KOSSMAN, | : | |
| Debtor | : | Bky. No. 18-16771 ELF |

# O R D E R

**AND NOW,** the Debtor having filed a Praecipe to Convert Chapter 13 Case to Chapter 7,

**AND**, the rules of court requiring that conversion from chapter 13 to chapter 7 pursuant to 11 U.S.C. §1307(a) be effected by filing a notice of conversion, see Fed. R. Bankr. P. 1017(f)(3),

It is hereby **ORDERED** that the Praecipe shall be treated as a Notice of Conversion.

**Date: November 25, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**