United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-16771-elf
Andrew I. Kossman                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD         Page 1 of 1            Date Rcvd: Mar 13, 2020
                            Form ID: 211           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2020.
db              #+Andrew I. Kossman,    6360 Congress Court,    Bensalem, PA 19020-1905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: gocadle@cadleco.com Mar 14 2020 03:44:13      Cadles of West Virginia LLC,
                  100 North Center Street,    Newton Falls, OH 44444-1321
                                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2020 at the address(es) listed below:
        JOHN M. KENNEY    on behalf of Debtor Andrew I. Kossman jken330@comcast.net, Kathy@jkenneylaw.com
        JOHN M. KENNEY    on behalf of Plaintiff Andrew I. Kossman jken330@comcast.net,
         Kathy@jkenneylaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
         bkgroup@kmllawgroup.com
        LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
         bkgroup@kmllawgroup.com
        ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.axosfs.com
        ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
         rholber@ecf.axosfs.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
                                                                                                                                      TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                   Chapter: 7

    Andrew I. Kossman

Debtor(s)                                                                           Case No: 18−16771−elf

___

### *ORDER*

AND NOW, 3/13/20 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 727(a)(11); <u>see also</u> Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 3/27/20 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver

from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. <u>See</u> Advisory Committee Note to Fed. R. Bankr. P. 4004.

 

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court