**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Andrew I. Kossman        : Chapter 7
                                         :
           Debtor                          : Case No: 18-16771-elf

---

## PRAECIPE

Kindly amend and correct the address of the above-referenced debtor as follows:

    **Old Address:**
    6360 Congress Court
    Bensalem, PA 19020

    **New Address:**
    107 Thunder Circle
    Bensalem, PA 19020


                                                      /s/ John M. Kenney
Date:  April 15, 2020                     John M. Kenney, Esquire
                                                      308 N. Oxford Valley Road
                                                      Fairless Hills, PA 19030
                                                      (215) 547-3031
                                                      Attorney for Debtor