United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-16771-elf
Andrew I. Kossman                                               Chapter 7
      Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Marie              Page 1 of 2              Date Rcvd: Aug 07, 2020
                              Form ID: 318             Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2020.
```
db              +Andrew I. Kossman,    107 Thunder Circle,    Bensalem, PA 19020-2143
14211741         Ars Account Resolution,    PO Box 459079,    Sunrise, FL 33345-9079
14211744         Health Network Laboratories,    PO Box 8500, Lockbox #9581,    Philadelphia, PA 19178-8500
14211745         Holy Redeemer Hospital,    PO Box 781728,    Philadelphia, PA 19178-1728
14211746         Mid Atlantic Retina Practice,    PO Box 972,    Bryn Mawr, PA 19010-0972
14211747        +Ocwen Loan Servicing L,    1661 Worthington Road Suite 100,    West Palm Beach, FL 33409-6493
14211749        +Phelan Hallinan Diamond & Jones LLP,    1617 JFK Boulevard Suite 1400,
                 Philadelphia, PA 19103-1814
14244969        +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14211751        +Servco FCU,    648 W. Street Rd,    Feasterville Trevose, PA 19053-5963
14211752         St. Mary Medical Center,    PO Box 822679,    Philadelphia, PA 19182-2679
14211753        +Suburban Ortho Specialists,    283 2nd Street Pike, Suite 120,    Southampton, PA 18966-3823
14379479        +Wilmington Savings Fund Society, FSB, ET AL.,    c/o RUSHMORE LOAN MANAGEMENT SERVICES,
                 P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QRHHOLBER.COM Aug 08 2020 07:48:00     ROBERT H. HOLBER,    Robert H. Holber PC,
                 41 East Front Street,    Media, PA 19063-2911
smg              E-mail/Text: megan.harper@phila.gov Aug 08 2020 04:11:11     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2020 04:10:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2020 04:10:57     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14236245         E-mail/Text: ebn@21stmortgage.com Aug 08 2020 04:10:44     21st Mortgage Corp,   P.O. Box 477,
                 Knoxville, TN 37901
14211740         E-mail/Text: ebn@21stmortgage.com Aug 08 2020 04:10:44     21st Mortgage Corp,
                 620 Market St One Cntr Square,    Knoxville, TN 37902
14211742        +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Aug 08 2020 04:11:23
                 Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
14243775        +E-mail/Text: gocadle@cadleco.com Aug 08 2020 04:10:55     Cadles of West Virginia LLC,
                 100 North Center Street,    Newton Falls, OH 44444-1321
14244225        +E-mail/Text: gocadle@cadleco.com Aug 08 2020 04:10:55     Cadles of West Virigina LLC,
                 Attention: 0A350217,    100 North Center Street,    Newton Falls, OH 44444-1321
14211743         E-mail/Text: clientrep@capitalcollects.com Aug 08 2020 04:11:28     Capital Collection Services,
                 PO Box 150,    West Berlin, NJ 08091-0150
14248713         EDI: PRA.COM Aug 08 2020 07:48:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
14211748        +E-mail/Text: bankruptcygroup@peco-energy.com Aug 08 2020 04:10:06     Peco Energy Co,
                 PO Box 13439,    Philadelphia, PA 19101-3439
14211750        +EDI: PRA.COM Aug 08 2020 07:48:00     Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
14211754        +EDI: CITICORP.COM Aug 08 2020 07:48:00     Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
14211755        +EDI: VERIZONCOMB.COM Aug 08 2020 07:48:00     Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 15
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +ROBERT H. HOLBER,    Robert H. Holber PC,    41 East Front Street,    Media, PA 19063-2911
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Marie                 Page 2 of 2                   Date Rcvd: Aug 07, 2020
                               Form ID: 318                Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2020 at the address(es) listed below:
              JOHN M. KENNEY    on behalf of Debtor Andrew I. Kossman jken330@comcast.net,  Kathy@jkenneylaw.com
              JOHN M. KENNEY    on behalf of Plaintiff Andrew I. Kossman jken330@comcast.net,
               Kathy@jkenneylaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 9
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Andrew I. Kossman** | Social Security number or ITIN **xxx–xx–4596** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **18–16771–elf**

## Order of Discharge                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andrew I. Kossman

8/7/20                                                                      **By the court:**   Eric L. Frank
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**